**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1405**

---

SOLOMON OLADEJI AKIODE,

                                            Petitioner,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                            Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A29-846-895)

---

Submitted: September 8, 2000      Decided: September 15, 2000

---

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Beverly Yeskoli, HYDER & GALSTON, Norfolk, Virginia, for
Petitioner. David W. Ogden, Acting Assistant Attorney General,
Kristen A. Giuffreda, Anh-Thu P. Mai, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Solomon Oladeji Akiode seeks review of the Board of Immigration Appeals' ("Board") decision and order dismissing his appeal from the immigration judge's denial of his application for asylum and withholding of deportation. Our review of the record discloses that the Board properly found that Akiode failed to establish a well-founded fear of persecution. Accordingly, we affirm on the reasoning of the Board. See Akiode v. INS, No. A29-846-895 (B.I.A. Mar. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED